FILED

2016 APR -5  AM II: 19.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ TH _____

LAURA E. DUFFY
United States Attorney
PATRICK J. BUMATAY
Assistant United States Attorney
New York Bar No. 4499802
EMILY P. REUTER
Special Assistant United States Attorney
Minnesota State Bar No. 0388859
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8450
Patrick.Bumatay@usdoj.gov

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15CR02586-GPC |
| Plaintiff, | |
| vs. | PROTECTIVE ORDER |
| JARIS JESUS TORRES-ITURRE (1), JOSE UBER ESTUPIDAN-CARABALI (2), and ASENCION ROJAS-BOLANOS (3), | |
| Defendants. | |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), IT IS HEREBY ORDERED that:

1.  All discovery related to U.S. Coast Guard policies regarding treatment of detainees  and regarding the transfer of detainees to the custody of federal law enforcement (hereinafter, **"USCG  Discovery"**), produced by the United States in

1

this case is for use by defense counsel, any investigators, interpreters, experts, paralegals, legal assistants, or law clerks assisting counsel in this case (the "Defense") solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose.  The Defense may not distribute, disseminate, disclose, or exhibit **USCG Discovery** materials to any person who is not a part of the Defense except as further set forth herein.

2.   Each counsel of record shall sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of the Defense is advised of the Order and agrees to be bound by its terms.

3.   The Defense shall take all reasonable steps to:  (a) maintain the confidentiality of **USCG Discovery**, and (b) safeguard **USCG Discovery** produced in this case from disclosure to or review by any third party.

4.   The Defense may share **USCG Discovery** materials with any investigators, consultants or experts retained by the Defense in connection with this case, provided that the Defense informs any such individual(s) of this Order and obtains his/her agreement to be bound by its terms.

5.    The Defense may review **USCG Discovery** materials with Defendants as necessary for the preparation of the defense, but may not provide a copy of the **USCG Discovery** materials or leave a copy of **USCG Discovery** materials with any of the Defendants absent further order of the Court.

6.   The Defense may show witnesses **USCG Discovery** materials as necessary for the preparation of the defense, but may not give copies of the materials to witnesses absent further order of the Court.

7.    To the extent that **USCG Discovery** materials contain any individual's personal information within the meaning of General Order 514, the defense shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

8.    To the extent that **USCG Discovery** materials are court documents filed under seal, require that the proponent of that evidence move to unseal the documents prior to their use at trial;

9.    If defense counsel withdraws or is disqualified from participation in this case, the Defense shall provide to new counsel or return to the United States any and all copies of **USCG Discovery** within 10 days.

**IT IS SO ORDERED.**

DATED: April ___, 2016 _____

HONORABLE GONZALO P. CURIEL
United States District Judge

3

1        I consent to the entry of the attached protective order in the case of *United*

2   *States v. Torres-Iturre, et al.*, Criminal Case No. 15CR2586-GPC.

3

4   DATED: _4/1/16_                        _____

5                                           Patrick J. Bumatay
                                        Assistant United States Attorney

6

7   DATED: _4/1/16_                        _____

8                                           Emily P. Reuter
                                        Special Assistant United States Attorney

9

10   DATED:_____           _____

11                                           Robert A. Garcia
                                        Counsel for Defendant Torres-Iturre

12

13   DATED:_____           _____

14                                           John C. Lemon
                                        Counsel for Defendant Rojas-Bolanos

15

16   DATED:_____           _____

17                                           Ellis M. Johnston, III
                                        Counsel for Defendant Estupinan-Carabali

18

19

20

21

22

23

24

25

26                                 4

27

28

1    I consent to the entry of the attached protective order in the case of *United*

2  *States v. Torres-Iturre, et al.*, Criminal Case No. 15CR2586-GPC.

3

4  DATED:_____

5                                          Patrick J. Bumatay
                                           Assistant United States Attorney

6

7  DATED:_____

8                                          Emily P. Reuter
                                           Special Assistant United States Attorney

9

10 DATED: *3/28/16*

11                                         Robert A. Garcia
                                           Counsel for Defendant Torres-Iturre

12

13 DATED:_____

14                                         John C. Lemon
                                           Counsel for Defendant Rojas-Bolanos

15

16 DATED:_____

17                                         Ellis M. Johnston, III
                                           Counsel for Defendant Estupinan-Carabali

18

19

20

21

22

23

24

25

26                                4

27

28

1    I consent to the entry of the attached protective order in the case of *United*

2  *States v. Torres-Iturre, et al.*, Criminal Case No. 15CR2586-GPC.

3

4  DATED: _____

   Patrick J. Bumatay
5  Assistant United States Attorney

6

7  DATED: _____

   Emily P. Reuter
8  Special Assistant United States Attorney

9

10 DATED: _____

   Robert A. Garcia
11 Counsel for Defendant Torres-Iturre

12

13 DATED: _____

   John C. Lemon
14 Counsel for Defendant Rojas-Bolanos

15

16 DATED: _3·30·16_

   Ellis M. Johnston, III
17 Counsel for Defendant Estupinan-Carabali

18

19

20

21

22

23

24

25

26

27

28

4

1    I consent to the entry of the attached protective order in the case of *United*

2    *States v. Torres-Iturre, et al.*, Criminal Case No. 15CR2586-GPC.

3

4    DATED:_____          _____
                                     Patrick J. Bumatay
5                                    Assistant United States Attorney

6

7    DATED:_____          _____
                                     Emily P. Reuter
8                                    Special Assistant United States Attorney

9

10   DATED:_____          _____
                                     Robert A. Garcia
11                                   Counsel for Defendant Torres-Iturre

12

13   DATED: 4/1/16                   _____
                                     John C. Lemon
14                                   Counsel for Defendant Rojas-Bolanos

15

16   DATED:_____          _____
                                     Ellis M. Johnston, III
17                                   Counsel for Defendant Estupinan-Carabali

18

19

20

21

22

23

24

25

26                                            4

27

28